IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EUGENNA AILEEN TAYLOR,<br>    Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF MARYLAND,<br>    BALTIMORE, *et al.*,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 11-cv-03008-AW<br>*<br>*<br>*<br>* |

*************************************************************************

## **ORDER**

The matters currently before the Court are Defendants' Motion to Dismiss, Doc. No. 32, six motions for summary judgment by Plaintiff, Doc. Nos. 36, 42, 46–49, and Defendants' Motion to Stay Motion for Summary Judgment Pending Determination of Motion to Dismiss, Doc. No. 39.  The Court has reviewed the motion papers submitted by the parties and finds that no hearing is necessary.  *See* Loc. R. 105(6) (D. Md. 2010).  For the reasons stated in the accompanying Memorandum Opinion, it is this 2nd day of May, 2012, by the United States District Court for the District of Maryland hereby ORDERED that:

1) Defendants' Motion to Dismiss, Doc. No. 32, is GRANTED;

2) Defendants' Motion to Stay Motion for Summary Judgment Pending Determination of Motion to Dismiss, Doc. No. 39, is DENIED as moot;

3) Plaintiff's motions for summary judgment, Doc. Nos. 36, 42, 46–49, are DENIED;

4) The Clerk **CLOSE** this case; and

5) The Clerk transmit a copy of this Order to all parties of record and mail a copy to the

*pro se* Plaintiff.

                                                        /s/
                                     Alexander Williams, Jr.
                                     UNITED STATES DISTRICT JUDGE