Nebulous circumstances have constrained Taylor to act in "advance" in filing this notice of appeal, as she awaits current pending motions nu determinations; thereof, current pending motions /order / judgment have been resolved, to contact / provide Taylor will attempt notice to courts, as necessary.

Further, per Taylor health and housing / transportation status, this has been filed in "advance".

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 MAY 31  PM 4:00
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Eugenna Aileen Taylor
Plaintiff

vs.                    *    Civil Action No. 11-cv-03008-AW

University of Maryland Baltimore, et al
Defendant

******

## NOTICE OF APPEAL

Notice is hereby given that (fill in names of **all** parties who are appealing) Eugenna Aileen Taylor, plaintiff(s)/defendant(s) in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) order/judgment entered in this case on _See Clarification note, below_ _Current Awaiting Pending Orders / Motions / Judgment_

31 May 2012
Date

Signature

Name (Print or Type): Eugenna Aileen Taylor
(NOTE: Plaintiff continues to be homeless)
Address: PO Box 22464
City/State/Zip: Baltimore, MD 21203
Phone No.: 410.814 9841        Fax No.: None
Email: eugennataylor@yahoo.com

Clarification: This Notice of Appeal is filed in "advance" per pending motions to date, 31. May 2012. Current pending motions include, but are not limited to: (1) Motion for Sanctions, (2) Stay Motion for Plaintiff's (Taylor's) Summary Judgment and Request for Injunction (3) Reconsideration / Amend or Judgement nun (4) Motion for New Trial per waiver for post-judgment invoking Rule 60(b)(2), (per pending issues with Maryland State Ethics Commission) since "newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b),

Notice of Appeal - Civil (Rev. 01/2001)

Eugenia Taylor v. University of MD, Balt.
University of MD Balt
11-CV-03008-AW

# DISTRICT COURT OF MARYLAND FOR

Located at ~~501 E F Street, Baltimore, 21202~~

Van Sant L.L.C. c/o Statewide Mgt. L.L.C.
Landlord/Agent (Plaintiff)
2 E. ~~Wells~~ Street, Suite 6
Address of Landlord/Agent
Baltimore, MD  21230
City                State      Zip

① Name of Tenant (Defendant)
Eugenia Taylor
②
210 E. Lexington Street, # 4TH FLR #410
Address of Tenant
Baltimore, MD  21202

No. of tenants  1  2  3  4
CASE NUMBER
TRIAL DATE & TIME

Affixed on Premises
5-31-2012           Date
☑ Mailed to Tenant
_____ Constable/Sheriff
Served on Party:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 MAY 31  PM 4:00
CLERK'S OFFICE
AT BALTIMORE

Attachment
Eviction

E# 2012305747    15.00
1 Defendant(s)
DEPUTY     Time 5/21/12 1:15pm
05/09/12 15:05 278048 010144

**FAILURE TO PAY RENT — LANDLORD'S COMPLAINT FOR REPOSSESSION OF RENTED PROPERTY UNDER REAL PROPERTY § 8-401**

1. The property is described as: 210 E. Lexington Street, # 4TH FLR #410, Baltimore, MD 21202, Maryland, Van Sant, L.L.C. Property Name

2. Is the Landlord required by law to be licensed/registered in order to operate this premises as a rental property? ☐ Yes ☒ No. If so, is the Landlord currently licensed/registered? ☒ Yes ☐ No. License/Registration number if applicable: N/A - Commercial Property

3. The property ☐ is affected property under § 6-801, Environment Article ☒ is not affected under § 6-801, Environment Article.
   The property ☐ is MD Dept. of the Environment registered, _____ Inspection Certificate No. ☒ is not MDE registered.
   Owner is unable to state Certificate No. because: ☐ property is exempt ☐ tenant refused access or to relocate/vacate during remedial work.

4. The Tenant rents from the Landlord who asks for possession of the property and a judgement for the amount determined to be due.

5. This ☐ is ☒ is not a government subsidized tenancy. Tenant is responsible to pay the following amount of rent: $ **$350.00** due on the **1st** of the ☐ week ☒ month, which has not been paid or reduced to judgment.
   As of today, rent is due for the ☐ weeks ☒ months of **March 2012 through May 2012** in the total amount of $ **$1,050.00**
   Late charges accruing in or prior to the month in which the complaint was filed for the ☐ weeks ☐ months of **March 2012 through May 2012** are due in the amount of ................... $ **$52.50**
   The total amount of rent and late fees due at the date of this complaint is .................................... $ **$1,102.50**

6. ☐ The Landlord requests future rent between the date of complaint and date of judgment in the amount of ............... $ **$0.00**

7. Total including future rent .................................................................................................................. $ **$1,102.50**

8. The Landlord requests the Tenant's right of redemption be forclosed due to prior judgments. List the case numbers and judgment dates within the past 12 months:_____
   Case Numbers and Judgment Dates
   ☒ All the Tenant(s) on the lease are listed above.
   ☐ At least one Tenant is in the military service.
   ☒ No Tenant is in the military service and the facts supporting this statement are: **DMDC Website verified**
   Specific facts must be given for the Court to conclude that each Tenant who is a natural person is not in the military.
   ☐ I am unable to determine whether or not any Tenant is in the military service.

9. ☐ The Tenant is deceased, intestate (not having made a legal will), and without next of kin.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth above are true to the best of my knowledge and belief.  **5/8/2012**

Print Name of Landlord/Attorney ~~Edward Maher / Emma Landau~~
Signer's Address  2 E. Wells St., Suite 6, Baltimore MD 21230
Signer's Facsimile Number, if any  410-539-3788
Signature of Landlord/Attorney/Agent
Signer's E-mail Address, if any  emma@edmaherlaw.com
(410) 539-5505
Signer's Telephone Number

Continued To_____  Request of_____  Reason

Awaiting Decisions/final from the Maryland State Ethics Commission now & other agencies per Motion for New Trial / post-judgment invoking Rule 60(b)(2) since "newly discovered" ~~evidence~~
Eugenia
31 May 2012

**SUMMONS**
STATE OF MARYLAND. TO WIT:
TO Sheriff of this County/Constable of this Court, Greetings;
  You are hereby ordered to notify by first class mail, the Defendant or if the Defendant is deceased, (if paragraph 8 above is checked) notify by personal service the occupant or next of kin of the deceased tenant named in this Complaint to appear before the District Court to answer the Landlord's complaint to show cause why the prayer of the Landlord should not be granted, and you shall proceed to serve the Summons upon the Defendant in the property or upon Defendant's known or authorized agent, but if for any reason neither the Defendant, nor his agent or if the Defendant is deceased neither the occupant nor next of kin can be found, then you shall affix an attested copy of the Summons conspicuously upon the property.

TENANT