FILED: October 15, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1827
(8:11-cv-03008-AW)

_____

EUGENNA AILEEN TAYLOR

      Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND, BALTIMORE; MARY HAACK; ANNE MECH, Assistant Professor, OS & AH Coordinator, Legal Affairs, SPI; IRMA ROBINS; JEFFREY JOHNSON, Professor, FCH and Director, Office of Global Health; JANET KAPUSTIN; KRISTIN BUSSELL; THOMAS SAWYER; MALINDA ORLIN, Academic Vice President; CONRAD GORDON; GAIL LEMAIRE; JOAN DAVENPORT; TYREE MORRISON; DAVID RAMSEY; WILLIAM E. KIRWAN, Chancellor and/or Executive Officer, University System of Maryland; JOHN DOE(S) OF STATE OF MARYLAND; JOHN DOE(S) OF MARYLAND BOARD OF NURSING; PATRICIA MORTON, Associate Dean for Academic Affairs; KATHRYN MONTGOMERY, Assistant Dean for the BSN Program; TOM FARLEY; JANA GOODWIN, a/k/a Jane Goodwin; MELANIE BAZENSKY COFFMAN, a/k/a Melanie Coffman; JANET DAVIDSON ALLAN, University of MD School of Nursing Dean; JOHN DOE(S) OF BLUECROSS BLUE SHIELD

      Defendants - Appellees

and

JOHN DOE(S) OF HOWARD COUNTY COMMUNITY GENERAL HOSPITAL; SUSAN GILLETTE

    Defendants

---

## J U D G M E N T

---

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK